UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| POPULAR LEASING USA, INC., | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| vs. | ) Case No. 4:04CV01629 AGF |
| NATIONAL RESTORATION SYSTEMS, INC., | ) |
|     Defendant/Counterclaim Plaintiff. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion [Doc. #41] to amend the Case Management Order governing this case is **GRANTED**, as follows: The parties shall complete all discovery no later than **May 1, 2006**. Plaintiff shall be limited to one telephone deposition of Defendant. Dispositive motions may be filed no later than **May 17, 2006**. Responses to such motions shall be due within 20 days of the filing of such motions, and replies shall be due within seven days of the filing of any responses. This case shall remain set for a non-jury trial on **July 24, 2006**.

**IT IS FURTHER ORDERED** that Defendant's motion [Doc. #43] to strike Plaintiff's untimely disclosure of an expert is **GRANTED**. Plaintiff has not sought the Court's leave to designate an expert out of time and failed to mention this matter in its above motion to amend the Case Management Order. Allowing Plaintiff to designate an expert at this point in the proceedings would require further amendment of the Case Management Order. Nor has Plaintiff provided the Court with a copy of the expert report

in question or explained to the Court Plaintiff's need to have the individual, who previously had been disclosed as a fact witness, testify as an expert witness.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of April, 2006.