UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| POPULAR LEASING USA, INC., ) ) Plaintiff/Counter Defendant, ) ) vs. ) ) NATIONAL RESTORATION SYSTEMS, ) INC., ) ) Defendant/Counter Claimant. ) | Case No. 4:04CV01629 AGF |

### **ORDER**

Following a telephone conference with counsel,

**IT IS HEREBY ORDERED** that the trial in this matter is continued to **Monday, September 18, 2006, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the deadline for filing case dispositive motions is extended to **May 31, 2006**.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 5th day of May, 2006.